UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GABRIEL ALEXANDER PULLIAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16CV254 ACL |
| ) | |
| MISSISSIPPI COUNTY DETENTION ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the file. Plaintiff Gabriel Alexander Pulliam filed this civil action on October 18, 2016, alleging false arrest and mistreatment during his incarceration at the Mississippi County Detention Center in Charleston, Missouri. Plaintiff moved for leave to proceed in forma pauperis, but he submitted inadequate financial information in support, leaving the Court unable to properly consider the motion. In addition, plaintiff stated in the complaint that he was presently incarcerated, but he also provided a private residential address.

On October 26, 2016, the Court ordered plaintiff to provide updated financial information, and to also inform the Court of his correct mailing address. A copy of that Order was mailed to plaintiff at the Mississippi County Detention Center and also to the private residential address he provided. Plaintiff's response was due to the Court on November 16, 2016, but to date, he has neither responded to the Court nor sought additional time to do so. This action will therefore be dismissed without prejudice due to plaintiff's failure to comply with this Court's October 26, 2016 Order, and due to his failure to prosecute his case. Fed. R. Civ. P.

41(b); *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (holding that a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint and all of his causes of action against defendants are **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed in forma pauperis (Docket No. 2) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order to plaintiff at the Mississippi County Detention Center, and at 525 Jefferson Street, Ste. Genevieve, MO 63670.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 23rd day of November, 2016.

/s/ Stephen N. Limbaugh, Jr.
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE